# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **JESSICA L. SEAMON,**<br><br>**Plaintiff,**<br>v.<br><br>**THE HARTFORD,**<br><br>**Defendant.** | **Case No. 3:19-cv-54-DJH-RSE** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Jessica L. Seamon ("Plaintiff"), and Defendant Hartford Life and Accident Insurance Company ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 11th day of March, 2020.

|   |   |
|---|---|
|   | MAYNARD, COOPER & GALE, P.C. |
| By: */s/ Robert A. Florio*_____ | By: */s/ Grace R. Murphy*_____ |
| Robert A. Florio | Grace R. Murphy |
| 1500 Story Avenue | William B. Wahlheim, Jr. |
| Louisville, Kentucky  40206 | 2400 Regions/Harbert Plaza |
|   | 1901 Sixth Avenue North, Suite 2400 |
|   | Birmingham, AL  35203-2618 |
| Attorney for Plaintiff | Attorneys for Defendant |