UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JESSICA L. SEAMON,     Plaintiff,

v.     Civil Action No. 3:19-cv-54-DJH-RSE

THE HARTFORD,     Defendant.

\* \* \* \* \*

## **ORDER**

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 21) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.